MITCHELL F. BOOMER (SBN 121441)
CARA CHING-SENAHA (SBN 209467)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
Attorneys for Defendant
IKEA CALIFORNIA, LLC

TONDRA DANIELS
1375 Montecito Avenue, #34
Mountain View, California 94043
Telephone: (408) 781-1377
*Pro Se* Plaintiff

*E-FILED - 9/12/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONDRA DANIELS,<br><br>            Plaintiff,<br><br>v.<br><br>IKEA CALIFORNIA, LLC; and DOES 1 THROUGH 10, inclusive,<br><br>            Defendants. | Case No. C07-01279 RMW PVT<br><br>**STIPULATION REQUESTING RESCHEDULING OF CASE MANAGEMENT CONFERENCE IN LIGHT OF RESCHEDULED EARLY SETTLEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Complaint filed 3/5/2007 |

The Parties hereby stipulate and agree:

1.     That on June 15, 2007, before the Honorable Ronald M. Whyte, Tondra Daniels, Plaintiff *Pro Se* and Cara Ching-Senaha, Jackson Lewis LLP, on behalf of Defendant IKEA California, LLC, appeared at the initial case management conference in this case, at which time the Parties agreed to participate in an early settlement conference before Magistrate Judge Patricia Trumbull. The Parties were ordered to return for a further case management conference before Judge Whyte on September 14, 2007, at 10:30 a.m.; and

2. An early settlement conference was scheduled before Judge Trumbull for August 24, 2007, at 10:00 a.m.; and

3. At the request of the Court, the early settlement conference previously scheduled before Judge Trumbull for August 24, 2007 has been rescheduled to October 12, 2007 at 10:00 a.m. *See* Rescheduling Notice Of Settlement Conference and Settlement Conference Order, attached hereto as Exhibit A; and

4. THEREFORE, the parties jointly request that this Court reschedule the case management conference presently scheduled on September 14, 2007 at 10:30 a.m. before Judge Whyte, to sometime after October 12, 2007, on a date on which the Court is available. Plaintiff *Pro Se* will be represented by Los Angeles attorney William Becker at the early settlement conference and the return case management conference, and on that basis, makes the following scheduling request when the case management conference is rescheduled:

_____.

IT IS SO STIPULATED.

JACKSON LEWIS LLP

DATED: August 24, 2007

/s/
_____
MITCHELL F. BOOMER
CARA CHING-SENAHA
Attorneys for Defendant
IKEA CALFORNIA, LLC

DATED: August 24, 2007

_____
Tondra Daniels
Plaintiff *Pro Se*

## ORDER

The Parties having stipulated to the following, and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED:

That the case management conference on September 14, 2007 at 10:30 a.m. before Judge Whyte is VACATED; and

That a further case management conference is scheduled on:

DATE: October 19, 2007

TIME: 10 : 30 A.M.

LOCATION: U.S.D.C., Northern District Courtroom 6, 4th Floor, San Jose

JUDGE: Hon. Ronald M. Whyte

DATED: ~~August~~ Sept. 12, 2007

*Ronald M. Whyte*
UNITED STATES DISTRICT COURT JUDGE
RONALD M. WHYTE

H:\IKEA\IKEA - Daniels, Tondra - EEOC Charge 86377\Lawsuit (USDC)\pleading\Stipulation and Order Re Scheduling of CMC CMC 082007.doc

# PROOF OF SERVICE

I, Cheryl K. Baltru, declare that I am employed with the law firm of Jackson Lewis LLP, whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the age of eighteen (18) years and am not a party to this action.

On August 27, 2007, I served the attached document(s):

**STIPULATION REQUESTING RESCHEDULING OF CASE MANAGEMENT CONFERENCE IN LIGHT OF RESCHEDULED EARLY SETTLEMENT CONFERENCE; [PROPOSED] ORDER**

in this action by placing true and correct copies thereof, enclosed in sealed envelope(s) addressed as follows:

**Attorneys for Plaintiff**
Tondra Daniels
*Pro Se Plaintiff*
1375 Montecito Avenue, #34
Mountain View, California 94043

[ X ]   BY MAIL:  United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[  ]    BY HAND DELIVERY:  I caused such envelope(s) to be delivered by Messenger Service to the above address.

[  ]    BY OVERNIGHT DELIVERY:  I caused such envelope(s) to be delivered to the above address within 24 hours by OVERNIGHT EXPRESS service.

[  ]    BY FACSIMILE:  I caused such documents to be transmitted by facsimile to the telephone number(s) indicated above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 27, 2007 at San Francisco, California.

_____
Cheryl K. Baltru

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TONDRA DANIELS,

    Plaintiff(s),

v.

IKEA CALIFORNIA, LLC.,

    Defendant(s).
_____/

No. C 07-1279 RMW (PVT)

**RESCHEDULING**
NOTICE OF SETTLEMENT
CONFERENCE AND SETTLEMENT
CONFERENCE ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Settlement Conference that was scheduled for August 24, 2007 at 10:00 am. has been RESCHEDULED before United States Magistrate Judge Patricia V. Trumbull, at the United States Courthouse and Federal Building, 280 South First Street, Room 4200, San Jose, California 95113, on **FRIDAY October 12, 2007 at 10:00 a.m.**, or as soon after as counsel may be heard.

**ALL LAWYERS AND PARTIES WITH COMPLETE AUTHORITY TO NEGOTIATE AND CONSUMMATE A SETTLEMENT SHALL BE IN ATTENDANCE. ALL PARTIES ARE REQUIRED TO LODGE A SETTLEMENT CONFERENCE STATEMENT IN COMPLIANCE WITH MAGISTRATE JUDGE TRUMBULL'S STANDING ORDER RE SETTLEMENTS FOUND AT www.cand.uscourts.gov OR FROM THE CLERK'S OFFICE.**

Any inquiries regarding the conference may be made by contacting the undersigned Courtroom Deputy.

Dated: 8/17/07                                                  /s/ Corinne Lew

                                                                               _____
                                                                               Corinne Lew, Courtroom Deputy to
                                                                               Magistrate Judge Patricia V. Trumbull

Copies mailed on 8/17/07

**Tondra Daniels**
1375 Montecito Avenue #34
Mountain View, CA 94043

Settle.Con.                                      2