MITCHELL F. BOOMER (SBN 121441)
CARA CHING-SENAHA (SBN 209467)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA  94105
Telephone:     (415) 394-9400
Facsimile:      (415) 394-9401
Attorneys for Defendant
IKEA CALIFORNIA, LLC


TONDRA DANIELS
1375 Montecito Avenue, #34
Mountain View, California 94043
Telephone:     (408) 781-1377
*Pro Se* Plaintiff

*E-FILED - 10/18/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONDRA DANIELS,<br><br>         Plaintiff,<br><br>    v.<br><br>IKEA CALIFORNIA, LLC; and DOES 1 THROUGH 10, inclusive,<br><br>         Defendants. | Case No. C07-01279 RMW PVT<br><br>**STIPULATION REQUESTING RESCHEDULING OF CASE MANAGEMENT CONFERENCE IN LIGHT OF RESCHEDULED EARLY SETTLEMENT CONFERENCE;** xxxxxxxxxxxxxx **ORDER**<br><br>Complaint filed 3/5/2007 |

The Parties hereby stipulate and agree:

   1.     That on June 15, 2007, before the Honorable Ronald M. Whyte, Tondra Daniels, Plaintiff *Pro Se* and Cara Ching-Senaha, Jackson Lewis LLP, on behalf of Defendant IKEA California, LLC, appeared at the initial case management conference in this case, at which time the Parties agreed to participate in an early settlement conference before Magistrate Judge Patricia Trumbull.  The Parties were ordered to return for a further case management conference before Judge Whyte on September 14, 2007, at 10:30 a.m.; and

1   2.   An early settlement conference was scheduled before Judge Trumbull for August 24, 2007, at 10:00 a.m.; and

3.   At the request of the Court, the early settlement conference previously scheduled before Judge Trumbull for August 24, 2007 has been rescheduled to October 12, 2007 at 10:00 a.m. *See* Rescheduling Notice Of Settlement Conference and Settlement Conference Order, attached hereto as Exhibit A; and

4.   Thereafter, the early settlement conference scheduled before Judge Trumbull for October 12, 2007 has been rescheduled to November 2, 2007 at 10:00 a.m. *See* Rescheduling Notice Of Settlement Conference and Settlement Conference Order, attached hereto as Exhibit B; and

5.   THEREFORE, the parties jointly request that this Court reschedule the case management conference presently scheduled on October 19, 2007 at 10:30 a.m. before Judge Whyte, to sometime <u>after</u> the November 2, 2007 early settlement conference, on a date on which the Court is available. Plaintiff *Pro Se* will be represented by Los Angeles attorney William Becker at the early settlement conference and the return case management conference, and on that basis, makes the following scheduling request when the case management conference is rescheduled: 11/30/07            .

IT IS SO STIPULATED.

JACKSON LEWIS LLP

DATED: October 1, 2007

/s/
MITCHELL F. BOOMER
CARA CHING-SENAHA
Attorneys for Defendant
IKEA CALIFORNIA, LLC

DATED: October 24, 2007

Tondra Daniels
Plaintiff *Pro Se*

2                                                       Case No. C07-01279 RWW PVT
STIPULATION REQUESTING RESCHEDULING OF CASE MANAGEMENT CONFERENCE; xxxxxxxxxx ORDER

**ORDER**

The Parties having stipulated to the following, and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED:

That the case management conference on October 19, 2007 at 10:30 a.m. before Judge Whyte is VACATED; and

That a further case management conference is scheduled on:

DATE: November 30, 2007

TIME: 10 : 30 A.M.

LOCATION: U.S.D.C., Northern District Courtroom 6, 4th Floor, San Jose

JUDGE: Hon. Ronald M. Whyte

DATED: October 18, 2007

*Ronald M. Whyte*
UNITED STATES DISTRICT COURT JUDGE
RONALD M. WHYTE

H:\I\IKEA\IKEA - Daniels, Tondra - EEOC Charge 86377\Lawsuit (USDC)\pleading\100107 CMC Second Stipulation and Order Re Scheduling of CMC.doc

3   Case No. C07-01279 RWW PVT

STIPULATION REQUESTING RESCHEDULING OF CASE MANAGEMENT CONFERENCE; xxxxxxxxxx ORDER