MITCHELL F. BOOMER (SBN 121441)
CARA CHING-SENAHA (SBN 209467)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone:   (415) 394-9400
Facsimile:   (415) 394-9401
Attorneys for Defendant
IKEA CALFORNIA, LLC

TONDRA DANIELS
1375 Montecito Avenue, #34
Mountain View, California 94043
Telephone:   (408) 781-1377
*Pro Se* Plaintiff

*E-FILED - 11/29/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONDRA DANIELS,<br><br>            Plaintiff,<br><br>    v.<br><br>IKEA CALIFORNIA, LLC; and DOES 1 THROUGH 10, inclusive,<br><br>            Defendants. | Case No. C07-01279 RMW PVT<br><br>**STIPULATION REQUESTING RESCHEDULING OF CASE MANAGEMENT CONFERENCE IN LIGHT OF RESCHEDULED EARLY SETTLEMENT CONFERENCE;** xxxxxxxxxxxxxxx **ORDER**<br><br>Complaint filed 3/5/2007<br><br>Early Settlement Conference (rescheduled): 12/14/2007 |

The Parties hereby stipulate and agree:

       1.    That on June 15, 2007, before the Honorable Ronald M. Whyte, Tondra Daniels, Plaintiff *Pro Se* and Cara Ching-Senaha, Jackson Lewis LLP, on behalf of Defendant IKEA California, LLC, appeared at the initial case management conference in this case, at which time the Parties agreed to participate in an early settlement conference ("ESC") before

1                                                                                   Case No. C07-01279 RWW PVT

1   Magistrate Judge Patricia Trumbull. The Parties were ordered to return for a further case
2   management conference before Judge Whyte following an ESC before Judge Trumbull,
3   assuming no resolution had been reached at the ESC; and
4     2. An early settlement conference has been scheduled before Judge Trumbull
5   for December 14, 2007 at 10:00 a.m., to afford the parties additional time to pursue informal
6   resolution before or in lieu of an ESC. A true and correct copy of the Court's ESC scheduling
7   order is attached hereto as <u>Exhibit A</u>; and
8     3. THEREFORE, the parties jointly request that this Court reschedule the
9   case management conference presently scheduled on November 30, 2007 at 10:30 a.m. before
10  Judge Whyte, to one to two weeks <u>after</u> the December 14, 2007 early settlement conference
11  before Judge Trumbull, on a date on which the Court is available. Plaintiff *Pro Se* will be
12  represented by Los Angeles attorney William Becker at the early settlement conference and the
13  return case management conference, and on that basis, makes the following scheduling request
14  when the case management conference is rescheduled: _____.
15
16  IT IS SO STIPULATED.
              JACKSON LEWIS LLP
17
18  DATED: November 2, 2007      ___/s/___
              MITCHELL F. BOOMER
19                CARA CHING-SENAHA
              Attorneys for Defendant
20                IKEA CALFORNIA, LLC
21
22
23
24  DATED: November 10, 2007     *Tondra Daniels* (signature)
              Tondra Daniels
25                Plaintiff *Pro Se*
26
27
28

**ORDER**

The Parties having stipulated to the following, and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED:

That the case management conference on November 30, 2007 at 10:30 a.m. before Judge Whyte is VACATED; and

That a further case management conference is scheduled on:

DATE: January 11, 2008, xxxxxxx

TIME: 10 : 30 A .M.

LOCATION: U.S.D.C., Northern District Courtroom 6, 4th Floor, San Jose

JUDGE: Hon. Ronald M. Whyte

DATED: November 29, 2007

*Ronald M. Whyte*
UNITED STATES DISTRICT COURT JUDGE
RONALD M. WHYTE

H:\I\IKEA\IKEA - Daniels, Tondra - EEOC Charge 86377\Lawsuit (USDC)\pleading\110207 CMC Stipulation and Order Re Scheduling of CMC (w exhibit).doc