

RECEIVED

2007 DEC 18 A 9:51

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

FILED

JAN - 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  MITCHELL F. BOOMER (SBN 121441)
   CARA CHING-SENAHA (SBN 209467)
2  **JACKSON LEWIS LLP**
   199 Fremont Street, 10th Floor
3  San Francisco, CA 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401
   Attorneys for Defendant, IKEA CALIFORNIA, LLC
5
6  **TONDRA DANIELS**
   1375 Montecito Avenue, #34
7  Mountain View, California 94043
   Telephone: (408) 781-1377
8  Pro Se Plaintiff

9

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14

15  TONDRA DANIELS,                          Case No. C07-01279 RMW PVT

16           Plaintiff,                      **STIPULATION REQUESTING
                                             RESCHEDULING OF CASE
                                             MANAGEMENT CONFERENCE IN
17       v.                                  LIGHT OF RESCHEDULED EARLY
                                             SETTLEMENT CONFERENCE;
18  IKEA CALIFORNIA, LLC; and DOES 1         [PROPOSED] ORDER**
    THROUGH 10, inclusive,
19
             Defendants.                     Complaint filed 3/5/2007
20

21                                           Early Settlement Conference
22                                           (rescheduled): 2/29/2008

23

24

25  The Parties hereby stipulate and agree:

26         1.    That on June 15, 2007, before the Honorable Ronald M. Whyte, Tondra

27  Daniels, Plaintiff *Pro Se* and Cara Ching-Senaha, Jackson Lewis LLP, on behalf of Defendant

28  IKEA California, LLC, appeared at the initial case management conference in this case, at which

time the Parties agreed to participate in an early settlement conference ("ESC") before Magistrate Judge Patricia Trumbull. The Parties were ordered to return for a further case management conference before Judge Whyte following an ESC before Judge Trumbull, assuming no resolution had been reached at the ESC; and

2. ~~An early settlement conference has been~~ Plaintiff has requested, and Defendant has agreed not to oppose, an early settlement conference scheduled before Judge Trumbull for February 29, 2008, at 10:00 a.m., to afford the parties additional time to pursue informal resolution before or in lieu of an ESC. A true and correct copy of the Court's ESC scheduling order is attached hereto as <u>Exhibit A</u>; and

3. THEREFORE, the parties jointly request that this Court reschedule the case management conference presently scheduled on January 11, 2008, at 10:30 a.m. before Judge Whyte, to one to two weeks <u>after</u> the February 29, 2008, early settlement conference before Judge Trumbull, on a date on which the Court is available. Plaintiff Daniels will be represented at that time by Los Angeles attorney William Becker and/or be in a position to meaningfully negotiate all aspects of her case, including settlement.

IT IS SO STIPULATED.

JACKSON LEWIS LLP

DATED: December 10, 2007

_____
MITCHELL F. BOOMER
CARA CHING-SENAHA
Attorneys for Defendant
IKEA CALFORNIA, LLC

**PLAINTIFF PRO SE**

DATED: December 17, 2007

_____
Tondra Daniels
Plaintiff *Pro Se*

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TONDRA DANIELS,

    Plaintiff(s),

v.

IKEA CALIFORNIA, LLC.,

    Defendant(s).

No. C 07-1279 RMW (PVT)

**RESCHEDULING**
NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Settlement Conference that was scheduled for December 14, 2007 at 10:00 am. has been RESCHEDULED before United States Magistrate Judge Patricia V. Trumbull, at the United States Courthouse and Federal Building, 280 South First Street, Room 4200, San Jose, California 95113, on **Friday, February 29, 2008 at 10:00 a.m.**, or as soon after as counsel may be heard.

**ALL LAWYERS AND PARTIES WITH COMPLETE AUTHORITY TO NEGOTIATE AND CONSUMMATE A SETTLEMENT SHALL BE IN ATTENDANCE. ALL PARTIES ARE REQUIRED TO LODGE A SETTLEMENT CONFERENCE STATEMENT IN COMPLIANCE WITH MAGISTRATE JUDGE TRUMBULL'S STANDING ORDER RE SETTLEMENTS FOUND AT www.cand.uscourts.gov OR FROM THE CLERK'S OFFICE.**

Any inquiries regarding the conference may be made by contacting the undersigned Courtroom Deputy.

Dated: 12/5/07                      /s/ Corinne Lew

                                     Corinne Lew, Courtroom Deputy to
                                     Magistrate Judge Patricia V. Trumbull

1
2  Copies mailed on 12/5/07
3
   **Tondra Daniels**
4  1375 Montecito Avenue #34
   Mountain View, CA 94043
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

The Parties having stipulated to the following, and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED:

That the case management conference on January 11, 2008, at 10:30 a.m. before Judge Whyte is VACATED; and

That a further case management conference is scheduled on:

DATE: MARCH 14, 2008

TIME: 10 : 30 A.M.

LOCATION: U.S.D.C., Northern District Courtroom 6, 4th Floor, San Jose

JUDGE: Hon. Ronald M. Whyte

DATED: ~~December~~ January 9, ~~2007~~ 2008

*/s/ Ronald M. Whyte*
UNITED STATES DISTRICT COURT JUDGE
RONALD M. WHYTE