1  MITCHELL F. BOOMER (SBN 121441))
   CARA CHING-SENAHA (SBN 209467)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, CA  94105
   Telephone:    415.394.9400
4  Facsimile:    415.394.9401

5  Attorneys for Defendant
   IKEA CALFORNIA, LLC

6
                                          *E-FILED - 4/10/08*
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  TONDRA DANIELS,                │  Case No. C07-01279 RMW PVT
                                   │
12          Plaintiff,             │  **STIPULATION FOR DISMISSAL
                                   │  WITH PREJUDICE** AND ORDER
13      v.                         │
                                   │  **[F.R.C.P. 41(a)(1)(i)]**
14  IKEA CALIFORNIA, LLC; and DOES 1│
    THROUGH 10, inclusive,         │
15                                 │  Complaint filed 3/5/2007
            Defendants.            │
16

17       Defendant IKEA CALIFORNIA, LLC and Plaintiff TONDRA DANIELS, by their

18  undersigned counsel, hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil

19  Procedure that this matter shall be and hereby is dismissed with prejudice, each party to bear its

20  own attorney's fees and costs.

21

22  Dated: March 16, 2008          THE BECKER LAW FIRM

23

24                                 By _____
25                                      William Becker, Esq.

26                                 Attorney for Plaintiff
                                   TONDRA DANIELS
27

28

                                   1

1  Dated: March 19, 2008                    JACKSON LEWIS LLP

2

3                                           By _____
                                               Mitchell E. Boomer
4

5                                           Attorneys for Defendants
                                            IKEA CALIFORNIA, LLC
6

7
   IT IS SO ORDERED.
8

9

10 _Ronald M White_

11 UNITED STATES DISTRICT COURT

12
   Dated: _4/10/08_____
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulated Request for Dismissal and ORDER Granting Dismissal Under FRCP 41